UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In the Matter of

FLORIDA STAR SHIPPING CORPORATION

        Debtor

Chapter 11
No. 07- 13825

DEBTOR'S APPLICATION TO EMPLOY COUNSEL

Now comes the Debtor in the above-captioned matter, by its president, and respectfully requests authority from this Court to employ the services of Frank D. Kirby, Esq. of Frank D. Kirby & Associates, P.C. ac counsel in the within Chapter 11 proceedings. In support hereof, Debtor states:

1. Attorney Kirby is experienced in cases of this type, and has been lead counsel in more than two hundred Chapter XI and 11 cases in sixteen states over a period of thirty-nine years.

2. Attorney Kirby has filed an Affidavit herewith, and a 2016 Statement as required under M.L.B.R..

WHEREFORE, Debtor prays that this Court authorize Attorney Kirby's retention as Debtor's counsel herein, and for such other relief as may be warranted under these circumstances.

Dated: June 17, 2007

                                            Respectfully submitted,
                                            FLORIDA STAR SHIPPING CORPORATION.
                                            by its president, duly authorized,

                                            _____
                                            Frank Bottino,
                                            President

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
( Eastern District )

In the Matter of

FLORIDA STAR SHIPPING CORP.

Chapter 11
No.07- 13825

Debtor

AFFIDAVIT OF PROPOSED ATTORNEY

The undersigned hereby states:

1.   I am an attorney, admitted to practice in the District of Massachusetts. I have practiced commercial law for more than thirty-five years, and have handled more than two hundred Chapter 11 cases in sixteen states as lead counsel. I maintain an office within this District at 111 West 8th Street, Boston, Mass. 02127.

2.   To the best of my own knowledge and belief, I represent that I do not hold or represent any interest adverse to the above Debtor's estate.

3.   My previous connections with the Debtor, creditors or parties-in-interest, their respective attorneys and accountants, are as follows:

                None.

4.   I hereby represent that I am a "disinterested person", as that term is defined in 11   U.S.C. Sec. 101(13).

5.   I have filed a statement herein as required under Bankruptcy Rule 2016(b).

6. I have not agreed to share any compensation which may be awarded to me herein with any person not employed by Frank D. Kirby & Assoc., PC..

7. My hourly rate for Chapter 11 cases in 2007 is $350.00.

Dated at Rocky Hill, Connecticut, this 18th day of June, 2007.

                                                          Respectfully submitted,

                                                          /s/ Frank D. Kirby
                                                          Frank D. Kirby, Esq.
                                                          Frank D. Kirby & Assoc.
                                                          111 West 8th Street
                                                          So. Boston. Mass. 02127
                                                          (617) 269-5444
                                                          BBO#273480

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In the Matter of

FLORIDA STAR SHIPPING CORP.

Chapter 11
No. 07- 13825

Debtor

## STATEMENT OF ATTORNEY PURSUANT TO RULE 2016 (b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, hereby states:

1. The undersigned is acting as attorney for Debtor in this case.

2. The compensation paid or agreed to be paid by the Debtor to the undersigned is:

   a.) For legal services rendered or to be rendered in contemplation of and in connection with this case.

   b.) Prior to be filing of this statement, Debtor has been paid or promised a retainer of $ 5,000.00.

   c.) The balance of the fee which will be payable herein, if any, will be <u>as awarded by this Court.</u>

3. The $1039.00 filing fee in this case has been paid.

4. The services rendered or to be rendered include the following:

   a.) Analysis of the financial situation, and rendering advice to the Debtor whether to file a petition.

   b.) Preparation and filing of the Chapter 11 petition, and related documents, and schedules, statement of affairs, and all subsequent pleadings in this Court.

c.) Representation of this Debtor in this Court, and at all meetings of creditors.

d.) Formulation of a plan of reorganization or liquidation.

e.) Preparation of Debtor's Disclosure Statement.

f.) Completion of all legal tasks required for confirmation.

g.) Representation of Debtor in any subsequent proceedings under the Bankruptcy Code.

5. The source of payments made or promised on behalf of the Debtor to the undersigned is: Debtor's income; contributions by Debtor's principal.

6. The source of payments to be made to the undersigned, if any, will be: same as above.

7. The undersigned has received no transfer, assignment or pledge of property.

8. The undersigned has not shared or agreed to share any compensation paid or to be paid hereunder with anyone, except employees of Frank D. Kirby & Associates, P.C..

9. The hourly rate for Attorney Frank D. Kirby for Chapter 11 cases in 2007 is $350.00.

Dated at Rocky Hill, Connecticut, this 18th day of June, 2007.

Respectfully submitted,

/s/ Frank D. Kirby

Frank D. Kirby, Esq.
111 West 8th Street
Unit G
So. Boston, MA 02127
(617) 269-5444
BBO#: 273480
frank@fkirbyesq.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In the Matter of

FLORIDA STAR SHIPPING CORP.

                                             Chapter 11
                                             No. 07- 13825

Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copies of APPLICATION TO EMPLOY COUNSEL, AFFIDAVIT OF ATTORNEY and STATEMENT OF ATTORNEY UNDER RULE 2016 have been served on the following parties, by ECF and/or first-class mail, postage pre-paid:

Office of United States Trustee
Room 1108
10 Causeway Street
O'Neill Building 11th Floor
Boston, MA 02222

Dated at Boston, Massachusetts, this 19th day of June, 2007,

                          FLORIDA STAR SHIPPING CORP.
                          Debtor-in-Possession

                          By,
                            /s/Frank Bottino

                          President

                          By its attorney,

                          /s/ Frank D. Kirby
                          Frank D. Kirby, Esq.
                          Frank D. Kirby & Assoc., P.C.
                          111 West 8th Street, Unit G
                          Boston, Mass. 02127
                          BBO#273480
                          617-269-5444
                          frank@fkirbyesq.com