UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FLORIDA STAR SHIPPING CORP. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 07-13825-WCH |
| ) | |

## DEBTOR'S APPLICATION TO EMPLOY SUCCESSOR COUNSEL

To the Honorable U.S. Bankruptcy Court:

With respect to this, the Debtor's Application to Employ Successor Counsel, Florida Star Shipping Corp., (the "Debtor"), respectfully represents that:

1. The Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code on June 19, 2007.

2. The Debtor had previously selected Frank D. Kirby of Frank D. Kirby & Associates, P.C., under Court approval. The Debtor has selected Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, 98 North Washington Street, Boston, Massachusetts as its successor counsel to represent it in said bankruptcy proceedings.

3. As Attorney Kirby has become medically incapacitated, the Debtor would like to employ Timothy M. Mauser of Mauser & Mauser as successor counsel.

4. The Debtor has selected Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, for the reason that they have had experience in bankruptcy proceedings.

5. To the best of the Debtor's knowledge, Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, represent no other entity in connection with the handling of this Debtor's bankruptcy proceedings and that they hold no interest adverse to the interest of the Debtor with respect to these bankruptcy proceedings.

WHEREFORE, the Debtor prays that it be authorized to employ the said Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser as its successor counsel in these bankruptcy proceedings, under Chapter 11 of the Bankruptcy Code.

*Frank Bottino*
Frank Bottino
President

3342.01.wpd

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **FLORIDA STAR SHIPPING CORP.** ) | **CHAPTER 11** |
| **Debtor** ) | **CASE NO. 07-13825-WCH** |
| ) | |

## AFFIDAVIT OF PROPOSED SUCCESSOR COUNSEL

I, Timothy M. Mauser, hereby solemnly make oath that:

1. I am an attorney and counselor at law, duly admitted to practice in the Commonwealth of Massachusetts and in this Court.

2. I am a member of the law firm of Mauser & Mauser and maintain an office for the practice of law at 98 North Washington Street, Boston, Massachusetts 02114.

3. Neither I nor any member of my firm holds or represents any interest adverse to the above-named Debtor.

4. Neither I nor any attorney affiliated with Mauser & Mauser has any connection with the above-named Debtor, its creditors, or any other party in interest herein, or their attorneys, except that Mauser & Mauser represents said Debtor in these bankruptcy proceedings. I am and each member of my firm is a "disinterested person", as the term is defined in 11 U.S.C. §101(14).

6. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case.

7. To date I have received $0.00 as a retainer in this matter and $0.00 toward filing fees.

8. I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstances relating thereto.

9.  I have reviewed the provisions of MLBR 2016-1.

_____
Timothy M. Mauser, Esquire


_____
Notary Public:
My Commission Expires: 1-17-2014



3342.01.wpd

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FLORIDA STAR SHIPPING CORP. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 07-13825-WCH |
| ) | |

## ORDER AUTHORIZING EMPLOYMENT OF SUCCESSOR COUNSEL

Upon consideration of the Application of the Debtor for authority to employ Timothy M. Mauser, Esq. and the Law Firm of Mauser & Mauser as successor counsel to represent it in proceedings with respect to legal matters arising pursuant to the Chapter 11 proceedings of the above-named Debtor, and it appearing that Timothy M. Mauser is an attorney duly admitted to practice in this Court, and the Court being satisfied that he represents no interest adverse to said Debtor, which would affect his ability to properly represent the Debtor, it is:

ORDERED, that the Debtor be and hereby is, authorized to employ Timothy M. Mauser, Esq. and the Law Firm of Mauser & Mauser to represent it in all matters relating to legal matters arising pursuant to its Chapter 11 proceedings, and it is further

ORDERED, that the compensation will be subject to the last sentence in 11 U.S.C. § 328(a), and it is further

ORDERED, that compensation for the said Timothy M. Mauser and the Law Firm of Mauser & Mauser will be determined by the Bankruptcy Court.

Dated this _____ day of _____, 2007.

_____
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FLORIDA STAR SHIPPING CORP. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 07-13825-WCH |
| ) | |

## CERTIFICATE OF SERVICE

I, Timothy M. Mauser, do hereby certify that I have this day served a copy of the enclosed Debtor's Application to Employ Successor Counsel, Affidavit of Successor Counsel, and proposed Order upon the following parties in interest to said action by serving a copy of the same, as indicated to:

By ECF

Gary L. Donahue on behalf of John Fitzgerald

John Fitzgerald, Office of the U.S. Trustee, Boston, MA

Frank D. Kirby on behalf of Florida Star Shipping Corp.

By Regular Mail

Florida Star Shipping Corp.
110 Condor Street (rear)
Boston, MA 02128

and the attached service list.

Timothy M. Mauser, Esq.
Mauser & Mauser
Suite 305
98 North Washington Street
Boston, MA 02114
(617) 338-9080
BBO# 542050

Dated: September 17, 2007
3342.01.wpd

Charles Burr
93 Condor Street
Boston, MA 02128

Commonwealth of Massachusetts
Division of Employment and Training
Attn: Chief Counsel
Hurley Bldg.- Government Center
Boston, MA 02114

EHS Shipping, Inc.
c/o Thomas H. Belknap, Jr., Esq.
61 Broadway
New York, NY 10006

Elisa Dreier Reporting Corp.
c/o Jesse Epstein
Weisman Celler
445 Park Ave.
NY, NY 10022

Florida Star Crewmembers
c/o Luis Rivera, Captain
M.V. Florida Star
Georgetown, Guyana

Frank Ganter
11 Valley Rd.
Dover, MA 02030

Frederick A. Lovejoy, Esq.
Lovejoy Associates
276 Center Rd.
Easton, CT 06612

Internal Revenue Service
15 New Sudbury Street
P.O. Box 9112
Boston, MA 02203

J. Read Corp.
Ward Street
Hingham, MA 02043

John Conway
33 Entor Street
Boston, MA 02128

John McSweeney
485 Circuit St.
Hanover, MA 02339

Larry Thornton
52 N Street
Hull, MA 02045

Marlink Systems
8866 Gulf Freeway
Suite 420
Houston, TX 77017

Massachusetts Department of Revenue
Bankruptcy Unit- 7th Floor
P.O. Box 9565
100 Cambridge Street
Boston, MA 02114

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Robert Fedus
162 Oldham St.
Pembroke, MA 02359

Sea Chain Corp.
256 Marginal Way
Boston, MA 02125

Tuckerman Steel Co.
256 Marginal Street
Boston, MA 02128

United States Attorney
Moakley United States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210