UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FLORIDA STAR SHIPPING CORP. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 07-13825-WCH |
| ) | |

### DEBTOR'S APPLICATION TO EMPLOY SUCCESSOR COUNSEL

To the Honorable U.S. Bankruptcy Court:

With respect to this, the Debtor's Application to Employ Successor Counsel, Florida Star Shipping Corp., (the "Debtor"), respectfully represents that:

1. The Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code on June 19, 2007.

2. The Debtor had previously selected Frank D. Kirby of Frank D. Kirby & Associates, P.C., under Court approval. The Debtor has selected Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, 98 North Washington Street, Boston, Massachusetts as its successor counsel to represent it in said bankruptcy proceedings.

3. As Attorney Kirby has become medically incapacitated, the Debtor would like to employ Timothy M. Mauser of Mauser & Mauser as successor counsel.

4. The Debtor has selected Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, for the reason that they have had experience in bankruptcy proceedings.

5. To the best of the Debtor's knowledge, Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser, represent no other entity in connection with the handling of this Debtor's bankruptcy proceedings and that they hold no interest adverse to the interest of the Debtor with respect to these bankruptcy proceedings.

9/21/2007 Moot. Case dismissed.

WHEREFORE, the Debtor prays that it be authorized to employ the said Timothy M. Mauser, Esquire, and the Law Firm of Mauser & Mauser as its successor counsel in these bankruptcy proceedings, under Chapter 11 of the Bankruptcy Code.

_____
Frank Bottino
President

3342.01.wpd